UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 1:07MC0015 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BOYKO |
| | ) | |
| DWAYNE ZIEGMAN, PRESIDENT NORTHCOAST BUMPERS INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Respondent. | ) | NOTICE OF DISMISSAL |

Now comes the Petitioner, the United States of America, by and through undersigned counsel, and hereby notifies this Court of the voluntary dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, of the within Petition to Enforce Internal Revenue Summons ("Petition"). The Respondent, Dwayne Ziegman, President, Northcoast Bumpers International, Inc., has complied with the Internal Revenue Service summons, so no further action need be taken in this matter.

Therefore, Petitioner, the United States of America, on behalf of the Internal Revenue Service, requests that this Court dismiss this action.

Respectfully submitted,

GREGORY A. WHITE
United States Attorney

By: s/Kathleen L. Midian
Kathleen L. Midian Reg. No. 0023277
Assistant U.S. Attorney
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio  44113-1852
(216) 622-3748
(216) 522-4982 facsimile
kathleen.midian@usdoj.gov

IT IS SO ORDERED.
DATE: 4/26/07

FILED
APR 26 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Christopher A Boyko
JUDGE CHRISTOPHER A. BOYKO

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2007, the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through this system. A copy of said document was also sent by regular U.S. mail on this date to Dwayne Ziegman, President, Northcoast Bumpers International, Inc., at 611 East 28th Street, Lorain, OH 44055.

s/Kathleen L. Midian
Kathleen L. Midian
Assistant U.S. Attorney

3